UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:25-CR-003-02 LPR |
| | ) | |
| KENNETH WAYNE FOWLER | ) | |

**FOWLER'S SUPPLEMENT TO REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO SUPPRESS**

Fowler adds to point 7 on the Brinkley P.D.'s justification for exigency or probable cause: "7. when leaving the motel, the guest asked that no one enter the room." As stated before, this is not uncommon.

The St. Louis Westin, a Marriott property, where the judges, staff, and lawyers often stay during oral argument weeks because it's only 1½ blocks to the courthouse, has this on it's mobile app,[1] asking whether the tenant even wants housekeeping in the room during the stay:

[1] Discovered by counsel when checking in by cell phone after arriving in STL last week. (Accessed June 8, 2026)




## CONCLUSION

The motion to suppress the search of the suitcase without a warrant that led to the warrants for it and rooms 168 and 140 should be granted as to Mr. Fowler.

Respectfully submitted,

JOHN WESLEY HALL
Ark. Bar No. 73047
1202 Main St.; Suite 210
Little Rock, Arkansas 72202-5057
(501) 371-9131 | fax (501) 378-0888
e-mail: ForHall@aol.com
*Attorney for Defendant Fowler*